Craig J. Stein (State Bar No. 98041)
cstein@gswllp.com
THE STEIN LAW FIRM
801 S. Figueroa Street, 12th Floor
Los Angeles, California 90017
Telephone: (213) 233-2271
Facsimile: (213) 622-1444

Attorneys for Plaintiffs



Nunc Pro Tunc as of 07/29/10

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY FORMANEK, DONALD GRENDAHL, MARK GRENDAHL, THOMAS LEMORANDE, CON YAGODZINSKI, CLYDE TRUDEAU, VIRGINIA RIUTTA, RUSSELL GRENDAHL, FLORENCE GRENDAHL, BETTY HANSON, PHILLIP GRENDAHL, DEBRA GRENDAHL, SANDI GOETZE,<br><br>Plaintiffs,<br><br>vs.<br><br>ROYCE PARK INVESTMENTS, INC. and RADHA NAYAR,<br><br>Defendants. | CASE NO.: 91 MISC. 26544 UA<br><br>**RENEWAL OF JUDGMENT IN A CIVIL CASE** |

IT IS ORDERED AND ADJUDGED,

That the Minnesota District Court Judgment, entered in this District pursuant to a Certification of Judgment for Registration in Another District on January 31, 1991, and once renewed on August 1, 2000, is hereby renewed, *nunc pro tunc,* as of July 29, 2010, follows:

1. The Judgment is renewed in favor of Plaintiffs and Judgment Creditors Ray Formanek, Donald Grendahl, Mark Grendahl, Thomas Lemorande, Con Yagodzinski, Clyde Trudeau, Virginia Riutta, Russell Grendahl, Florence Grendahl, Betty Hanson, Phillip Grendahl, Debra Grendahl and Sandi Goetze, c/o THE STEIN LAW FIRM, 801 S. Figueroa Street, 12th Floor, Los Angeles, California 90017 against:

2. Defendants and Judgment debtor(s) *(names and last known addresses)*:

Royce Park Investments, Inc.; and
Radha Nayar;
40030 Holden Circle
Temecula, California 92390.

3. Original Judgment
   a. Case number *(specify)*: Misc 26544 GHK
   b. Entered on *(date)*: January 31, 1991*
   c. First Renewed on August 1, 2000

4. Renewal of money judgment amount:
   a. Total Judgment . . . . . . . . . . . . . . . . . . . $146,622.83
   b. Costs after judgment . . . . . . . . . . . . . . . $ -0-
   c. Subtotal *(add a and b)* . . . . . . . . . . . . . $146,622.83
   d. Credits after judgment . . . . . . . . . . . . . . $ -0-
   e. Subtotal *(subtract d from c)* . . . . . . . . . $146,622.83
   f. Interest after judgment** . . . . . . . . . . . . . $ 93,472.10
   g. Fee for filing renewal application . . . . . . . $ -0-
   h. Total renewed judgment *(add e, f and g)* . . $240,094.93

Dated: 8/27/10

Terry Nafisi

Clerk
Lori Muraoka

(By) Deputy Clerk

---

* Judgment Domesticated from USDC District of Minnesota

** Interest calculated at 6.375% pursuant to 28 USC § 1961.